**Order filed, June 28, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00370-CV
_____

### JAMES ROY STEAGALL, Appellant

### V.

### KATHERINE SCMIDT, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-18988**

---

## ORDER

The reporter's record in this case was due June 24, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Bartek, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Jewell and Bourliot.